UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**EMERGE HEALTHCARE GROUP, LLC CASES**

**Related to Cases Numbered:**
| | |
|---|---|
| 6:22-cv-1511-DAB | 6:22-cv-1567-DAB |
| 6:22-cv-1574 -DAB | 6:22-cv-1596-DAB |
| 6:22-cv-1607-DAB | 6:22-cv-1658 -DAB |
| 6:22-cv-2317-DAB | 6:22-cv-2361 -DAB |

| | | | |
|---|---|---|---|
| **UNITED STATES DISTRICT JUDGE:** | David A. Baker | **COURTROOM:** | **ZOOM** |
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Joseph C. Wood<br>Miguel Bouzas |
| **AUDIO RECORDING:** | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Allan Whitehead |
| **DATE/TIME:** | February 14, 2023<br>2:00 P.M. – 2:145 P.M. | | |
| **TOTAL TIME:** | 15 minutes | | |

**CLERK'S MINUTES**
**Scheduling Conference**

Case called; appearances taken; procedural setting by the Court.
Status of case addressed.
Scheduling Orders to enter.
Court adjourned.