# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**EMERGE HEALTHCARE GROUP, LLC CASES**

    **Related to Cases Numbered:**

| | |
|---|---|
| 6:22-cv-1511-RMN | 6:22-cv-1567-RMN |
| 6:22-cv-1574-RMN | 6:22-cv-1596-RMN |
| 6:22-cv-1658-RMN | 6:22-cv-2317-RMN |
| 6:22-cv-2361-RMN | 6:23-cv-458-RMN |
| 6:23-cv-475-RMN | 6:23-cv-581-RMN |

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | Robert M. Norway | **Courtroom:** | ZOOM |
| **Deputy Clerk:** | LaDarrius Jernigan | **Counsel for Plaintiff:** | Joseph C. Wood |
| **Audio Recording:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **Counsel for Defendant:** | Allan Whitehead |
| **Date/Time:** | March 19, 2024 1:57 P.M.-2:52 P.M. | | |
| **Total Time:** | **55 minutes** | | |

## CLERK'S MINUTES
### Motion for Summary Judgment Hearing/Pretrial Conference

Case called, appearances made, procedural setting by the Court.
Both parties brief the court on status of the remaining ERISA and wage claims.
Court directs parties to continue talks on wage claims.
Plaintiff to file a motion for partial judgment if talks fail.
Court hears argument on ERISA claims.
Court denies Summary Judgment on ERISA claims.
Court directs the parties to file trial briefs as stated on the record.
In Roberge case, plaintiff to file motion for final judgment.
Court discusses trial deadlines.
Court adjourned.